# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1181 - (MDL 1403) | **DATE** | 5/13/2002 |
| **CASE TITLE** | Keith Finger etc. et al. Vs. Kraft Foods etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. The court of appeal has directed that this court provide a statement of reasons for the denial of the motions to intervene. The motions to intervene were heard at the same time as the settlement fairness hearing. At the conclusion of that hearing I determined to reject the objections and to approve the settlement. I then denied the motions because the objectors had been fully heard and there were to be no further proceedings in the court. I perceived no purpose for intervention at that stage.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | MAY 15 2002 date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE StarLink CORN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1403 |
| This document is applicable to: | ) ) | |
| KEITH FINGER, GLENITA BELL (individually as guardian of Paul Bell, a minor), and JUDY JOHNSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | DOCKETED MAY 1 5 2002 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 01 C 1181 |
| KRAFT FOODS NORTH AMERICA, INC., f/k/a/ KRAFT FOODS, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM OPINION AND ORDER

The Court of Appeals has directed that this court provide a statement of reasons for the denial of the motions to intervene. The motions to intervene were heard at the same time as the settlement fairness hearing. At the conclusion of that hearing I determined to reject the objections and to approve the settlement. I then denied the motions because the objectors had been fully heard and there were to be no further proceedings in the court. I perceived no purpose for intervention at that stage. While I concluded that the objections lacked any real substance, whether or not a denial of intervention might or would affect any right to appeal was not, so far as I can recall, considered by me.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 13, 2002.