Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1181 - (MDL 1403) | **DATE** | 7/23/2002 |
| **CASE TITLE** | Keith Finger et al. Vs. Kraft Foods etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiffs' Rule 59(e) motion to amend judgment is denied.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | JUL 2 4 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 87 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | 02 JUL 23 PM 4:39 | date mailed notice | |
| WAH | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE STARLINK CORN PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1403 |
| This document is applicable to | ) ) | |
| KEITH FINGER, GLENITA BELL individually as guardian of Paul Bell, a minor), and JUDY JOHNSON, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 01 C 1181 and all other related cases. |
| KRAFT FOODS NORTH AMERICA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

DOCKETED
JUL 2 4 2002

## MEMORANDUM OPINION AND ORDER

Plaintiffs ask us to revisit the amount of bond on appeal. On June 10, 2002, we reduced the bond to $2500 to cover the cost of appeal. Plaintiffs seek to increase it substantially because of delay damages and the fees that will be incurred during the course of the appeal. But the objectors have not moved for a stay. Unlike Adsani v. Miller, 139 F.3d 67 (2d Cir. 1998), and In re Nasdaq Market-Makers Antitrust Litigation, 187 F.R.D. 124 (S.D.N.Y. 1999), plaintiffs have not cited any statute that permits them to recover fees as costs.

There is support in Sckolnick v. Harlow, 820 F.2d 13 (1st Cir. 1987), for including fees in a cost bond when the appeal might be frivolous and an award of sanctions on appeal is a real possibility. And we do believe any appeal is frivolous or borders on being frivolous. But we are reluctant to impose bond conditions based upon a prediction of what the Court of

Appeals might do. Plaintiffs can ask for further protection there. *See* <u>United States for Use of Terry Investment Co. v. United Funding and Investors, Inc.</u>, 800 F.Supp. 879 (E.D.Calif. 1992). Plaintiffs' Rule 59(e) Motion to Amend Judgment is denied.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

____July 23_____, 2002.